## Commonwealth *v.* Henderson, Appellant.

Before PAWELEC, J., without a jury.

Submitted March 28, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman, Peter A. Levin, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,*

First Assistant District Attorney, and *F. Emmett Fitz-patrick,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.